UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Gregorio Garza–Meza

                                          Plaintiff,

v.                                                                                Case No.: 1:15−cv−07099
                                                                               Honorable John J. Tharp Jr.

Royal Best Buffet Inc., et al.

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 6, 2016:

        MINUTE entry before the Honorable Susan E. Cox: Status hearing held. Discovery is set to close on 7/30/2016. Settlement conference set for 6/22/2016 at 1:40 p.m. Parties are to review and to comply with this Court's Standing Order Setting Settlement Conference which is available through the Court's webpage available at www.ilnd.uscourts.gov. Plaintiff's counsel to submit a written itemization of damages and settlement demand to defendants' counsel with a brief explanation of why such a settlement is appropriate on or before 5/25/2016. An electronic copy of this submission must also be sent to the Court's proposed order box at the same time, Proposed_Order_Cox@ilnd.uscourts.gov. Defendants' counsel to submit a written offer to plaintiff's counsel and the Court's proposed order box with a brief explanation of why such a settlement is appropriate on or before 6/8/2016. The settlement conference date may only be changed by the granting of a motion. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.