# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Gregorio Garza–Meza

                              Plaintiff,

v.                                                     Case No.: 1:15–cv–07099
                                                               Honorable Susan E. Cox

Royal Best Buffet Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 22, 2016:

      MINUTE entry before the Honorable Susan E. Cox: Settlement conference held on 6/22/2016. Case settled. This case is dismissed without prejudice to convert automatically to a dismissal with prejudice on 11/15/2016. Civil case terminated. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.